UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE, BY THE DRUG ENFORCEMENT ADMINISTRATION, OF THE PROPERTY LISTED IN <u>ATTACHMENT A</u> | CASE NO. 2:24-mc-00080-LK<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

      This matter comes before the Court on the Government's Status Report and Request to Close. Dkt. No. 7. On May 21, 2025, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court extended the Civil Asset Forfeiture Reform Act (CAFRA) deadline governing Claimant Maxitransfers LLC's administrative claim to the property listed in <u>Attachment A</u> to August 24, 2025. Dkt. No. 6 at 1.

      In its August 25, 2025 filing, the Government reports that the property in <u>Attachment A</u> to its Status Report has been included for forfeiture in *United States v. Nancy Cardenas Garcia, et al.*, No. 2:25-cr-00103-TL, Dkt. No. 38, so the Government "is not requesting any further extension of the CAFRA deadline." Dkt. No. 7 at 2. The Government accordingly asks that the Court close this matter. *Id.*

ORDER DIRECTING CLERK TO CLOSE CASE - 1

Considering that the Government has now submitted a request in Case No. 2:25-cr-00103-TL before Judge Lin that the property in <u>Attachment A</u> be included for forfeiture, *see id.* at 2, and that the Government is not requesting any further extension of the CAFRA deadline in this case, *see id.*, the Court directs the Clerk to CLOSE this case.

Dated this 3rd day of September, 2025.

*(signature)*
Lauren King
United States District Judge

ORDER DIRECTING CLERK TO CLOSE CASE - 2

## ATTACHMENT A

1. $161,748.00 in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024;

2. $43,080.00 in U.S. Currency in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024; and

3. $27,548.00 in U.S. Currency seized from Nancy Cardenas Garcia on or about June 5, 2024.